**Clarence M. THURMOND, Plaintiff in Error,**

v.

**The STATE of Oklahoma, Defendant in Error.**

**No. A-15044.**

Court of Criminal Appeals of Oklahoma.

Oct. 8, 1969.

Homer Thompson, Asst. Public Defender, Oklahoma County, for plaintiff in error.

G. T. Blankenship, Atty. Gen., Dale F. Crowder, Asst. Atty. Gen., for defendant in error.

NIX, Judge.

This is another appeal case from the District Court of Oklahoma County wherein Archie McInnis was the Court Reporter, and a transcript of the testimony could not be provided the defendant for his appeal, due to the death of said Court Reporter.

This Court stated in O'Neal v. State, Okl.Cr., 450 P.2d 913:

> "Where the untimely death of a court reporter occurs, and no record or transcript can be completed for the defendant in a criminal case to appeal to the Court of Criminal Appeals, said cause will be remanded for a new trial."

Although the assistant public defender attempted to appeal by summarizing the evidence presented, this Court does not feel this is sufficient in the instant case.

It is, therefore, the order of this Court that this cause be Reversed and Remanded to the District Court of Oklahoma County for a new trial.

BRETT, P. J., and BUSSEY, J., concur.